DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PASCO LAMAR REYNOLDS, IV,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2748

[April 4, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2013-CF-010976-BXXX-MB.

Pasco Lamar Reynolds, IV, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***